# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT
*July Term 2014*

**ALONZO JONES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D14-1660

[July 9, 2014]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Robert L. Pegg, Judge; L.T. Case No. 312007CF000378A.

Alonzo Jones, Bonifay, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.  See McKinney v. State*, 66 So. 3d 852 (Fla. 2011).

DAMOORGIAN, C.J., STEVENSON and GROSS, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***